**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| HILDA L. SOLIS, | ) |
|   Secretary of Labor, | ) |
|   United States Department of Labor, | ) |
| | ) |
|            **Plaintiff,** | ) |
| | ) |
|       **v.** | ) |
| | )   **Civil Action No. JKB-09-3375** |
| LOCAL 9477, | ) |
| UNITED STEELWORKERS, | ) |
| | ) |
| | ) |
| | ) |
|          **Defendant.** | ) |
| | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor, by the undersigned counsel, and moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for an entry of judgment in favor of Plaintiff. The grounds in support of this motion are set forth in the accompanying memorandum of law, incorporated herein by reference.

WHEREFORE the Plaintiff respectfully requests that the Court grant this motion.

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney

_____/s/_____
ALEX S. GORDON
Federal Bar No. 27468
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
ph (410) 209-4800
fx (410) 962-9947
Alex.Gordon@usdoj.gov

2

OF COUNSEL (U.S. Department of Labor):

M. PATRICIA SMITH
Solicitor of Labor

CATHERINE OLIVER MURPHY
Regional Solicitor

GAYLE M. GREEN
Attorney

BEVERLY DANKOWITZ
Acting Associate Solicitor

CLINTON WOLCOTT
Counsel for Advice

SHIREEN M. McQUADE
Attorney

2