## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **HILDA L. SOLIS,** | * | |
| **Secretary of Labor,** | | |
| **United States Department of Labor,** | * | |
| | | |
| **Plaintiff** | * | |
| | | |
| **v.** | * | **CIVIL NO.  JKB-09-3375** |
| | | |
| **LOCAL 9477,** | * | |
| **UNITED STEELWORKERS,** | | |
| | | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, the Court hereby ORDERS that the Secretary's motion for summary judgment (ECF No. 26) is GRANTED.  Defendant Local 9477's election on April 20, 2009, for the offices of president, vice president, financial secretary, treasurer, outside guard, inside guard, first trustee, second trustee, and grievance committee members for Zone 1, Zone 3, and Zone 7 are VOID.  Defendant shall CONDUCT a new election for those offices under the supervision of the Secretary.  The Secretary is awarded the costs of this action.

DATED this  21st  day of July, 2011.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge