### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HILDA L. SOLIS,<br>  Secretary of Labor,<br>  United States Department of Labor, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)    **Civil No. JKB-09-3375** |
| LOCAL 9477,<br>UNITED STEELWORKERS, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

### PLAINTIFF'S MOTION FOR ENTRY OF DECLARATION OF ELECTION RESULTS AND FOR JUDGMENT

Now comes the Plaintiff Hilda L. Solis, Secretary of Labor (the "Secretary"), United States Department of Labor, by the undersigned counsel, and moves the Court to enter the attached proposed Order Declaring Election Results and for Judgment.

On July 22, 2011, this Court granted the Secretary's motion for summary judgment. *See* Paper Nos. 35 & 36. The Court, by Consent Order signed on August 22, 2011, ordered the Defendant Local 9477, United Steelworkers ("Local 9477") to hold a new election under the supervision of the Secretary. *See* Paper No. 39. The supervised election was concluded on April 16, 2012. Three election protests were filed. The Department of Labor investigated the allegations contained in each of the protests and concluded that the election complied with Title IV of the Labor Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. §§ 481-483, and was conducted, insofar as lawful and practicable, in accordance with Local 9477's Constitution and the LMRDA. The Department of Labor has now certified the results of the

election.   That Certification of Election is attached as Exhibit 1.   Attached as Exhibit 2 is a

Declaration setting forth the protests and the findings of the investigations.

WHEREFORE the Plaintiff requests that the Court enter the attached Order Declaring

Election Results and for Judgment.

                                        Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        ROD J. ROSENSTEIN
                                        United States Attorney


                                        ____/s/_____
                                        ALEX S. GORDON
                                        Federal Bar No. 27468
                                        Assistant United States Attorney
                                        36 South Charles Street, Fourth Floor
                                        Baltimore, Maryland 21201
                                        ph (410) 209-4800
                                        fx (410) 962-9947
                                        Alex.Gordon@usdoj.gov




OF COUNSEL (U.S. Department of Labor):
M. PATRICIA SMITH
Solicitor of Labor

CATHERINE OLIVER MURPHY
Regional Solicitor

GAYLE M. GREEN
Attorney

BEVERLY DANKOWITZ
Acting Associate Solicitor

CLINTON WOLCOTT
Counsel for Advice

SHIREEN M. McQUADE
Attorney